

```
                IN THE UNITED STATES DISTRICT COURT              JUN - 7 2001
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION                    Clerk of Court
```

| | |
|---|---|
| MIRIAM MARTINEZ § | |
| § | |
| vs. § | CIVIL CAUSE NO. **B-01-095** |
| § | |
| LOS FRESNOS CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT § | |
| § | |

## CERTIFICATE OF NOTICE OF FILING

The undersigned, attorney of record for LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT certifies that on June 7, 2001, a copy of the Notice of Removal of this action was filed with the clerk of the 404th Judicial District Court of Cameron County, Texas, and that written notice of filing of the Notice of Removal was mailed to the party named above as plaintiff in this action or to his attorney of record. Attached to the notice was a copy of the Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. §1446.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956: 542-0016

By: _____
ELIZABETH G. NEALLY
Texas Bar No. 14840400
Federal I. D. No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Certificate of Notice of Filing has been mailed, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

Attorneys for Plaintiff:

Michael Pruneda
LAW OFFICES OF MICHAEL PRUNEDA
P. O. Box X
Pharr, Texas 785 78577

JAMES P. GRISSOM
2408 N. Conway
Mission, Texas 78572

on this 7th day of June, 2001.

_____
ELIZABETH G. NEALLY