4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **MIRIAM MARTINEZ** | § | |
| Plaintiffs | | |
| VS. | § | CIVIL ACTION NO. **B-01-095** |
| LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | | |
| Defendants | § | |

## DEMAND FOR JURY TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, **MIRIAM MARTINEZ**, Plaintiff in the above styled and numbered cause, and demands a jury trial.

Respectfully submitted,

By: _/s/ James P. Grissom_
James P. Grissom
Texas Bar No. 08511900
Federal ID No. 11417
2408 North Conway
Mission, Texas 78572
Tel. (956)994-1127
Fax (956)994-1145
Co-counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June ___, 2000 a true and correct copy of Plaintiff's Demand for Jury Trial was served to each person listed below by the method indicated.

_____
JAMES P. GRISSOM

| | |
|---|---|
| Ms. Elizabeth G. Neally<br>Attorney for Los Fresnos CISD<br>ROERIG, OLVEIRA & FISHER, L.L.P.<br>855 West Price Rd., Suite 9<br>Brownsville, Texas  78520<br>TEL:  (956) 542-5066<br>FAX:  (956) 541-0016 | ___ Certified mail,<br>return receipt requested<br>___ Personal delivery<br>___ Private delivery<br>**X** **Facsimile transfer** |
| Mr. Phillip A. McKinney<br>Attorney for Los Fresnos CISD<br>HORNBLOWER, MANNING & WARD<br>P.O. BOX 2728<br>Corpus Christi, TX 78403<br>TEL: (361) 888-8041<br>FAX:  (361) 888-8222 | ___ Certified mail,<br>return receipt requested<br>___ Personal delivery<br>___ Private delivery<br>**X** **Facsimile transfer** |

ClibPDF - www.fastio.com