IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

MIRIAM MARTINEZ

Vs.

LOS FRESNOS Consolidated I.S.D.

ACTION NO. CAB-01-95

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on _____, the Court STRUCK the filing entitled _Demand for Jury Trial_ _____ because it did not comply with one or more of the following Local Rules:

1. _____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. _____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. _____ One or more of the following are not included beneath the attorney's signature:
   (a) state bar number; or
   (b) Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. _____ A copy of the filing was not provided (LR 5.2).

5. __✗__ certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4). _is not signed by attorney._

6. _____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.1 (D), CrLR12.2).

7. _____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. _____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this _28TH_ day of _June_.

JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE