United States District Court
Southern District of Texas
FILED

JUN 2 8 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § | |
| | § | |
| VS. | § | C.A. NO. B-01-095 |
| | § | |
| | § | Removed from the 404th District Court |
| LOS FRESNOS CONSOLIDATED | § | of Cameron County, Texas |
| INDEPENDENT SCHOOL DISTRICT | § | |

## DEFENDANT'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

1. Phillip A. McKinney of Hornblower, Manning & Ward, asks this Honorable Court to allow him to be substituted as attorney of record in the above-entitled and numbered cause, and to allow Elizabeth G. Neally of Roerig, Oliveira & Fisher, LLP to withdraw as attorney of record for the Defendant, Los Fresnos Consolidated Independent School District.

2. Plaintiff has sued Defendant Los Fresnos Consolidated Independent School District for violation of her first amendment rights.

3. Phillip A. McKinney will be substituted as the attorney of record for Defendant, Los Fresnos Consolidated Independent School District. Phillip A. McKinney's Federal I.D. number is 13867 and his Texas State Bar number is 13723200. Phillip A. McKinney's office address is P.O. Box 2728, Corpus Christi, TX, 78403-2728. Mr. McKinney's telephone number is (361) 888-8041, and his facsimile number is (361) 888-8222.

4. The Defendant Los Fresnos Consolidated Independent School District approves the substitution. The withdrawal and substitution of attorneys will not delay these proceedings.

5. WHEREFORE, Defendant moves this Honorable Court to allow Phillip A. McKinney to be substituted as attorney of record on behalf of Defendants and to allow Elizabeth G. Neally to withdraw as attorney of record.

Respectfully submitted,

Phillip A. McKinney
Federal I.D. No. 13867
State Bar No. 13723200
Attorney-in-Charge for Los Fresnos Consolidated Independent School District
Angelica E. Rodriguez Barerra
Federal I.D. No. 27469
State Bar No. 24027279
P. O. Box 2728
Corpus Christi, Texas 78403-2728
(361) 888-8041
FAX (361) 888-8222

OF COUNSEL:
HORNBLOWER, MANNING & WARD
Professional Corporation

**APPROVED:**

Dr. Eliseo Ruiz, Jr., Superintendent
Los Fresnos Consolidated
Independent School District
PO Box 309
Los Fresnos, TX 78566

**APPROVED:**

Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, LLP
855 W. Price Road, Suite 9
Brownsville, TX 78550
(956) 542-5666
FAX: (956) 542-0016
Defendant's Motion to Withdraw and Substitute Counsel - Page 2
H:\office\wpwin\wpdocs\MACFILES\Coregis\LosFresnos\Motions\M2Withdraw.wpd

## CERTIFICATE OF SERVICE

I certify that on __6/27__, 2001, a complete and correct copy of the foregoing pleading was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**via FAX TO (956) 702-9675**
Mr. Michael Pruneda
The Pruneda Law Firm, PLLC
PO Box T
Pharr, TX 78577

_____
Phillip A. McKinney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § § | |
| VS. | § § § | C.A. NO. B-01-095 |
| LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | Removed from the 404th District Court of Cameron County, Texas |

### ORDER ON THE DEFENDANT'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

CAME TO BE HEARD this day, Defendant's Motion to Withdraw and Substitute Counsel. The Court, after considering the Motion and argument of the parties, is of the opinion that the Motion should be GRANTED:

IT IS THEREFORE ORDERED that Phillip A. McKinney be substituted as attorney for the Defendant, Los Fresnos Consolidated Independent School District and that Elizabeth G. Neally be allowed to withdraw as attorney for the Defendant, Los Fresnos Consolidated Independent School District.

SIGNED AND ENTERED, this _____ day of _____, 2001.

_____
JUDGE PRESIDING