

United States District Court
Southern District of Texas
FILED

JUN 2 8 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § | |
| | § | |
| VS. | § | C.A. NO. B-01-095 |
| | § | |
| | § | Removed from the 404th District Court |
| LOS FRESNOS CONSOLIDATED | § | of Cameron County, Texas |
| INDEPENDENT SCHOOL DISTRICT | § | |

## CERTIFICATE OF PARTIES FINANCIALLY
## INTERESTED IN THE OUTCOME OF LITIGATION

Defendant, Los Fresnos Consolidated Independent School District files this Certificate

listing all persons, associations of persons, firms, partnership corporations, affiliates, parent

corporations, or other entities that are financially interested in the outcome of this litigation.

1.    Plaintiff, Miriam Martinez

2.    Michael Prudena and James P. Grissom, Attorneys for Plaintiff

3.    Defendant, Los Fresnos Consolidated Independent School District

4.    Phillip A. McKinney, Attorney for Defendant

Respectfully submitted,

_____
Phillip A. McKinney
Federal I.D. No. 13867
State Bar No. 13723200
Attorney-in-Charge for Los Fresnos Consolidated
Independent School District
Angelica E. Rodriguez Barerra
Federal I.D. No. 27469
State Bar No. 24027279
P. O. Box 2728
Corpus Christi, Texas  78403-2728
(361) 888-8041
FAX (361) 888-8222

OF COUNSEL:
HORNBLOWER, MANNING & WARD
Professional Corporation

## CERTIFICATE OF SERVICE

I certify that on _____6/27_____, 2001, a complete and correct copy of the foregoing pleading was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**via FAX TO (956) 702-9675**
Mr. Michael Pruneda
The Pruneda Law Firm, PLLC
PO Box T
Pharr, TX 78577

**via FAX TO (956) 994-1145**
Mr. James P. Grissom
Attorney at Law
2408 N. Conway
Mission, TX 78572

_____
Phillip A. McKinney