United States District Court
Southern District of Texas
FILED

JUL 11 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § | |
| | § | |
| VS. | § | C.A. NO. B-01-095 |
| | § | |
| | § | Removed from the 404th District Court |
| LOS FRESNOS CONSOLIDATED | § | of Cameron County, Texas |
| INDEPENDENT SCHOOL DISTRICT | § | |

### JOINT REPORT OF MEETING OF COUNSEL
### AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

Plaintiff, Miriam Martinez, "Martinez" and Defendant, Los Fresnos Independent Consolidated School District, "LFCISD" by and through their counsel of record, file the following Joint Report of Meeting of Counsel and Joint Discovery/Case Management Plan:

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

**Meeting was held in person at 2408 N. Conway Ave, Mission, Texas 78572-2347, on July 6, 2001, at 11:00 a.m. at the office of Mr. J. Grissom.**

**Parties attending were: LFCISD, by and through its counsel of record Mr. Phillip A. McKinney and Angelica E. Rodriguez Barrera of Hornblower, Manning & Ward, Professional Corporation, and Martinez, by and through her counsel of record, Mr. J. Grissom.**

2.  List the cases related to this one that are pending in any state or federal court with

Joint Report of Meeting of Counsel and Joint Discovery/Case
Management Plan - Page 1
H:\office\wpwin\wpdocs\MACFILES\Coregis\LosFresnos\Discovery\Joint-Rule26.wpd

the case number and court.

**None.**

3. <u>Briefly</u> describe what this case is about.

**Plaintiff alleges cause of action involving violations of the Texas and federal Constitution, including freedom of association and due process violcations, as well as causes of action alleging violation of the Texas Open Meetings Act and intentional infliction of emotional distress.**

4. Specify the allegation of federal jurisdiction.

**First Amendment to the Unites States Constitution; and 42 U.S.C. 1983;and 28 U.S.C. § 1331 and § 1441.**

5. Name the parties who disagree and the reasons.

**None.**

6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

**None.**

7. List anticipated interventions.

**None at this time.**

8. Describe class-action issues.

**None.**

9. State whether each party represents that it has made the initial disclosures required

**Joint Report of Meeting of Counsel and Joint Discovery/Case**
**Management Plan - Page 2**
H.\office\wpwin\wpdocs\MACFILES\Coregis\LosFresnos\Discovery\Joint-Rule26.wpd

by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**The parties have agreed to make initial disclosure on or before July 27, 2001.**

10. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

   **All initial disclosures shall be filed by July 27, 2001.**

   B. When and to whom the Plaintiffs anticipate it may send interrogatories.

   **Interrogatories were sent by the Plaintiff to the Defendant on May 11, 2001.**

   C. When and to whom the Defendants anticipate it may send interrogatories.

   **LFCISD will send written discovery to Martinez on or before August 26, 2001.**

   D. Of whom and by when the Plaintiffs anticipate taking oral depositions.

   **Plaintiff anticipates taking several depositions of various supervisors and school board members no later than ninety (90) days before the trial date.**

   E. Of whom and by when the Defendants anticipate taking oral depositions.

   **Defendants anticipate taking the following depositions no later than ninety (90) days before the trial date.**

   1) Miriam Martinez.

   2) Rosalinda Rios

   3) Mr. Frank Cisneros

   4) Mr. John Randolph

Joint Report of Meeting of Counsel and Joint Discovery/Case
Management Plan - Page 3
H:\office\wpwin\wpdocs\MACFILES\Coregis\LosFresnos\Discovery\Joint-Rule26.wpd

    5)  Mr. Bill Bennett

    6)  Remigio Garza

    7)  **Each of Martinez's designated experts, if any**.

  F. When the Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

  **Plaintiff will designate and provide their reports one hundred twenty (120) days before trial. Defendant will designate and provide their reports ninety (90) days before trial.**

  G. List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

  **The parties have agreed to identify experts and produce their reports in accordance with the Court's Scheduling Order. The parties have agreed to depose experts during the week falling one hundred twenty (120) days before trial.** .

  H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

  **The parties have agreed to identify experts and produce their reports in accordance with the Court's Scheduling Order. The parties have agreed to depose experts during the week falling ninety (90) days before trial.**

---

*Joint Report of Meeting of Counsel and Joint Discovery/Case*
*Management Plan - Page 4*
H:\office\wpwin\wpdocs\MACFILES\Coregis\LosFresnos\Discovery\Joint-Rule26.wpd

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**Parties agree on the discovery plan.**

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

**The Plaintiffs have propounded interrogatories and requests for production to the Defendant, and the Defendant has propounded requests for production to the Plaintiff. The parties have entered into a Rule 11 agreement to extend the response date for both parties to August 13, 2001.**

13. State the date the planned discovery can reasonably be completed.

**Sixty (60) days before trial.**

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**The parties have negotiated in good faith and will continue to do so.**

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

**The parties have negotiated in good faith and will continue to do so. In addition, both parties are amenable to mediation.**

16. From the attorneys' discussions with the clients, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

Joint Report of Meeting of Counsel and Joint Discovery/Case
Management Plan - Page 5
H:\office\wpwin\wpdocs\MACFILES\Coregis\LosFresnos\Discovery\Joint-Rule26.wpd

**Defendant does not feel ADR will assist in the resolution of this case.**

17. Magistrate judges may hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

   **All parties consent.**

18. State whether a jury demand has been made and if it was made on time.

   **Yes.**

19. Specify the number of hours it will take to present the evidence in this case.

   **20 hours.**

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   **Motion to Withdraw and Substitute Defendant's attorneys.**

   **Motion to Appear Pro Hoc Vice filed by Mr. Pruneda.**

21. List other motions pending.

   **None.**

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.

   **None.**

23. Certify that all parties have filed Disclosures of Interested Parties as directed in the Order of Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

Defendant filed its Certificate of Interested Parties on June 28, 2001.

Plaintiff will file its Certificate of Interested Parties on or before July 26, 2001.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

**ATTORNEY FOR PLAINTIFF, MIRIAM MARTINEZ**
Michael Pruneda
State Bar No. 24025601
The Pruneda Law Firm
P.O. Box T
Pharr, TX 78577
(956) 702-9675
FAX: (956) 702-9659

James P. Grissom
State Bar No. 08511900
Federal I.D. No. 11417
2408 N. Conway
Mission, TX 78572
(956) 424-1644
FAX: (956) 424-1640

**ATTORNEYS FOR DEFENDANT, LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**
Phillip A. McKinney
State Bar No. 13723200
Federal I.D. No. 13867
Angelica E. R. Barrera
State Bar No. 24027279
Federal I.D. No. 27469
HORNBLOWER, MANNING & WARD
Professional Corporation
P. O. Box 2728
Corpus Christi, TX 78403-2728
(361) 888-8041
FAX (361) 888-8222

Joint Report of Meeting of Counsel and Joint Discovery/Case
Management Plan - Page 7
H:\office\wpwin\wpdocs\MACFILES\Coregis\LosFresnos\Discovery\Joint-Rule26.wpd

Respectfully submitted by Counsel for all Parties,

By: /s/ Michael Pruneda
Michael Pruneda
State Bar No. 24025601
The Pruneda Law Firm
P.O. Box T
Pharr, TX 78577
(956) 702-9675
FAX: (956) 702-9659

By: /s/ James P. Grissom
James P. Grissom
State Bar No. 08511900
Fed. ID No. 11417
2408 North Conway
Mission, TX 78572
tel. (956) 424-1644
fax (956) 424-1640

ATTORNEYS FOR PLAINTIFF, MIRIAM MARTINEZ

By: /s/ Angelica E. R. Barrera
Phillip A. McKinney
State Bar No. 13723200
Federal I.D. No. 13867
Angelica E. R. Barrera
State Bar No. 24027279
Federal I.D. No. 27469
HORNBLOWER, MANNING & WARD
Professional Corporation
P. O. Box 2728
Corpus Christi, TX 78403-2728
(361) 888-8041
FAX (361) 888-8222

ATTORNEYS FOR DEFENDANT, LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

Dated: July 10, 2001.