/10

United States District Court
Southern District of Texas
FILED

JUL 2 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § | |
| | § | |
| VS. | § | C.A. NO. B-01-095 |
| | § | |
| | § | Removed from the 404th District |
| LOS FRESNOS CONSOLIDATED | § | Court of Cameron County, Texas |
| INDEPENDENT SCHOOL DISTRICT | § | |

## DEFENDANT'S INITIAL DISCLOSURES

In accordance with Fed. R. Civ. P. 26(a)(1), Defendant, Los Fresnos Consolidated Independent School District ("LFCISD"), files and serves its Initial Disclosures, stating as follows:

**1. The name, and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subject of the information:**

Persons designated as LFCISD employees should be contacted only through their counsel of record. LFCISD reserves the right to supplement the following lists of persons as discovery proceeds.

Miriam Martinez
P.O. Box 1213
Los Fresnos, TX 78566
Plaintiff

Fidela E. Hinojosa
Executive Assistant for Administration
Los Fresnos Consolidated Independent School District

---

**Defendant's Initial Disclosures - Page 1**
H:\office\wpwin\wpdocs\MACFILES\Coregis\LosFresnos\Discovery\Rfd\Defs-Initial-Discl.wpd

P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Employee of Los Fresnos Consolidated Independent School District who assisted District in Plaintiff's grievance process.

Eliseo Ruiz, Jr., Ph.D.
Superintendent
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Employee of Los Fresnos Consolidated Independent School District who was involved in hiring and firing of Plaintiff.

Julio Trevino
739 E. Madison Street
Acacia Apt. #5A
Brownsville, TX 78520
(956) 550-9708
Union representative of Plaintiff at grievance level.

Basilio Soto
Union representative of Plaintiff at grievance level.

Guadalupe Gonzales
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Transportation Director at Los Fresnos Consolidated Independent School District.

Sylvia Stamps
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Works in Transportation Department.

Fernando Galvan
1544 Crestview
Brownsville, TX 78520

(956) 982-0421
Plaintiff's attorney who represented her during grievance hearing.

Various Students of Los Fresnos Consolidated Independent School District
Riding bus at time of incidents on 05/01/99.

Elizabeth Neally
Roerig, Olivera & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, TX 78520-8786
(956) 542-5666
Former attorney for school district.

Ruben R. Pena
Law Office of Ruben R. Pena, P.C.
222 W. Harrison
Harlingen, TX 78550
(956) 412-8200
Hired by Plaintiff; wrote letter asking District to re-employ Plaintiff.

F.X. Rosillo
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
Former Transportation Director.

John Randolf
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Chaparoned bus trip on 05/01/99.

Bill Bennett
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Chaparoned bus which Plaintiff was driving.

D. Mark Wallace
Los Fresnos Consolidated Independent School District

P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Administrative Assistant for Purchasing and Operations.

Rosalinda Rios
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Bus driver on Bus 8 who witnessed incident on May 1, 1999.

Remigio Garza
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Truck driver for Los Fresnos Consolidated Independent School District who witnessed incident on May 1, 1999.

Saul Basaldu
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Transportation Supervisor.

Michael Pruneda
The Pruneda Law Firm, PLLC
PO Box T
Pharr, TX 78577
(956) 702-9675
Plaintiff's attorney.

Records Custodian for TWCC
Southfield Building MS-98
4000 South IH-35
Austin, TX 78704
Custodian of records regarding Plaintiff's alleged back injury.

Records Custodian for Channel 4
9201 W. Expressway 83
Harlingen, TX 78552
(956) 421-4444
News station who interviewed Plaintiff on December 15, 1998.

Frank C. Cisneros
Los Fresnos Consolidated Independent School District
P.O. Box 309
Los Fresnos, TX 78566
(956) 233-4407
Director of Bands, who witnessed Plaintiff's actions on May 1, 1999.

2.  **Copies of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of this Defendant that are relevant to disputed facts alleged with particularity in the pleadings are enclosed and are described as follows:**

   a.  Personnel File of Miriam Martinez including contracts, pay sheets, service records, Bus Driver Certification, letters of assurance and evaluation (LFCISD.000001 - LFCISD.000169); and

   b.  Grievance file (LFCISD.000170 - LFCISD.000256).

3.  **Computations of any category of damages claimed by Plaintiff, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

   Not applicable at this time.

4.  **Any insurance agreements under which any person carrying on an insurance**

**business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

    a.    This policy has been requested and will be tendered upon receipt.

**5.    Disclosure of Expert Testimony:**

No designation of experts is possible at this time because discovery has not yet been conducted in this case, and because Plaintiff has not yet designated their potential experts. The Defendant will supplement in accordance with the Texas Rules of Civil Procedure.

The disclosures set forth above constitute information presently available to Defendants at this early stage of litigation. Defendants reserve the right, pursuant to Rule 26(e) to amend, supplement, or change the disclosures made herein, if and when additional, different or more accurate information or documents become available, or additional facts are developed.

**6.    There is no duty to disclose privileged documents. Privileged documents or information shall be identified and the basis of the claimed privilege shall be disclosed:**

    a.    Los Fresnos Consolidated Independent School District asserts the right not to disclose documents which are privileged and exempt from discovery pursuant to the attorney-client privilege, work product privileges, Fed. R. Civ. P. 26, purely consulting expert privileges Fed. R. Civ. P. 26, party communication, Fed. R. Civ. P. 26, witness statement privileges, Fed. R. Civ. P. 26. These documents include, without limitation, all correspondence and records of communications between attorneys and Los Fresnos Consolidated Independent School District or employees, between attorneys and the Los Fresnos Consolidated Independent School District's insurers, and internal communications within Los Fresnos Consolidated Independent School District or its insurer after Los Fresnos Consolidated Independent School District learned that

Plaintiff had retained an attorney to file suit.

Respectfully submitted,

*Phillip A. McKinney w/ permission*
*A E Barrera*

Phillip A. McKinney
Federal I.D. No. 13867
State Bar No. 13723200
Attorneys for Defendant, Los Fresnos Consolidated
Independent School District
P.O. Box 2728
Corpus Christi, TX 78403-2728
(361) 888-8041
FAX: (361) 888-8222

OF COUNSEL:
HORNBLOWER, MANNING & WARD
Professional Corporation
Angelica E. Rodriguez Barrera
State Bar No. 24027279
Federal I.D. No. 27469

## CERTIFICATE OF SERVICE

I certify that on July 24, 2001, a complete and correct copy of the foregoing pleading was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA CERTIFIED MAIL/RRR NO. 7000 0520 0020 4570 4163**
Mr. Michael Pruneda
The Pruneda Law Firm, PLLC
P.O. Box T
Pharr, TX 78577

*Phillip A. McKinney w/ permission*
Phillip A. McKinney
*A E Barrera*

**Defendant's Initial Disclosures - Page 7**
H:\office\wpwin\wpdocs\MACFILES\Coregis\LosFresnos\Discovery\Rfd\Defs-Initial-Discl.wpd