11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § | |
| | § | |
| VS. | § | C.A. NO. B-01-095 |
| | § | |
| | § | Removed from the 404th District Court |
| LOS FRESNOS CONSOLIDATED | § | of Cameron County, Texas |
| INDEPENDENT SCHOOL DISTRICT | § | |

## ORDER ON THE DEFENDANT'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

CAME TO BE HEARD this day, Defendant's Motion to Withdraw and Substitute Counsel (DOCKET NO. 7). The Court, after considering the Motion and argument of the parties, is of the opinion that the Motion should be GRANTED:

IT IS THEREFORE ORDERED that Phillip A. McKinney be substituted as attorney for the Defendant, Los Fresnos Consolidated Independent School District and that Elizabeth G. Neally be allowed to withdraw as attorney for the Defendant, Los Fresnos Consolidated Independent School District.

SIGNED AND ENTERED, this 31st day of JULY, 2001.

_____
JUDGE PRESIDING