United States District Court
Southern District of Texas
FILED
AUG - 6 2000
Michael N. Milby
Clerk of Court

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIRIAM MARTINEZ | |
| | CIVIL ACTION NO. B-01-095 |
| v. | |
| | Removed from the 404th District |
| LOS FRESNOS CONSOLIDATED | Court of Cameron County, Texas |
| INDEPENDENT SCHOOL DISTRICT | |

# MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney for Plaintiff, MICHAEL PRUNEDA, files this his Motion to Appear Pro Hac Vice in the above numbered and styled cause and requests that the court grant this motion and he would further show unto the court the following:

I.

Plaintiff, Miriam Martinez, has filed her complaint against her former employer due to the infringement of her protected constitutional rights and such other related violations of both federal and Texas law.

II.

Attorney for Plaintiff, MICHAEL PRUNEDA, practices in the field of labor and employment law, primarily representing employees. Attorney Pruneda is familiar with cases similar to the Plaintiff's due to experience and knowledge. Further, the Plaintiff has retained Attorney Pruneda to represent her in this matter and his continued representation would further the interests of justice.

WHEREFORE PREMISES CONSIDERED, Attorney for Plaintiff respectfully requests that his motion be granted.



Respectfully submitted,

THE PRUNEDA LAW FIRM, P.L.L.C.

P.O. Box T
Pharr, Texas 78577
(956) 702-9675
(956) 702-9659 Fax

By: _____
*MICHAEL PRUNEDA*
State Bar No. 24025601

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record as noted below:

Signed on this the 2nd day of August, 2001.

Phillip McKinney
HORNBLOWER, MANNING & WARD
P.O. Box 2728
Corpus Christi, Texas 78403-2728

James P. Grissom
2408 N. Conway
Mission, Texas 78572

_____
Michael Pruneda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| MIRIAM MARTINEZ | ♦ | |
|---|---|---|
| | ♦ | CIVIL ACTION NO. B-01-095 |
| v. | ♦ | |
| | ♦ | Removed from the 404th District |
| LOS FRESNOS CONSOLIDATED | ♦ | Court of Cameron County, Texas |
| INDEPENDENT SCHOOL DISTRICT | ♦ | |

# ORDER

On this the ____ day of _____, 2001 came to be heard Motion to Appear Pro Hac Vice, and the court having considered the Motion, Response, and arguments of counsel, is of the opinion that it should be GRANTED.

SIGNED the _____ day of _____, 2001.

_____
PRESIDING JUDGE

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § | |
| Plaintiff | | |
| VS. | § | CIVIL ACTION NO. B-01-095 |
| LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | | |
| Defendants | § | |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES JUDGE:

NOW COMES, Plaintiff in the above styled and numbered cause and submit this Certificate of Disclosure of Interested Parties pursuant to the Court's Order.

I.

Pursuant to Paragraph 2 of the recently received Order of Conference, Plaintiffs state that they are currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, Eric corporations, or other entities that may be financially interested in the outcome of this litigation:

1. Plaintiffs named above

2. Defendant named above.

3. Counsel for Plaintiffs:

    James P. Grissom, 2408 North Conway, Mission, Texas 78572

    Michael Pruned, P.O. Box T, Pharr, TX 78577

4. Counsel for Defendant

    Phillip A. McKinney

Angelica E. R. Barrera
HORNBLOWER, MANNING & WARD
Professional Corporation
P. O. Box 2728
Corpus Christi, TX 78403-2728
(361) 888-8041
FAX (361) 888-8222

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
Fed. ID No. 11417
2408 North Conway
Mission, Texas  785
Tel.   (956) 424-1644
Fax.   (956) 424-1640
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on August 2, 2001, a true and correct copy of Plaintiffs' Certificate of Interested Parties was served to the attorneys of record in this case by fax.

_____
JAMES P. GRISSOM