/3

United States District Court
Southern District of Texas
FILED

AUG 0 8 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. <u>B-01-095</u>           DATE & TIME: <u>08-08-01 AT 1:30 P.M.</u>

<u>MIRIAM MARTINEZ</u>                    PLAINTIFF(S)  <u>MICHAEL PRUNEDA</u>
                                        COUNSEL       <u>JAMES PATRICK GRISSOM</u>

VS.

<u>LOS FRESNOS CONSOLIDAED</u>            DEFENDANT(S)  <u>ELIZABETH NEALLY</u>
<u>INDEPENDENT SCHOOL DISTRICT</u>        COUNSEL       <u>PHILLIP MCKINNEY</u>

---

Attorneys Michael Pruneda, James Grissom and Angelica Barrera appeared in chambers.

A 636 consent form was signed by all parties.

Scheduling dates were selected.