

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 14 2001

Michael N. Milby
Clerk of Court

| MIRIAM MARTINEZ | ♦ | |
|---|---|---|
| | ♦ | CIVIL ACTION NO. B-01-095 |
| v. | ♦ | |
| | ♦ | Removed from the 404th District |
| LOS FRESNOS CONSOLIDATED | ♦ | Court of Cameron County, Texas |
| INDEPENDENT SCHOOL DISTRICT | ♦ | |

## ORDER

On this the 14TH day of AUGUST, 2001 came to be heard Motion to Appear Pro Hac Vice, and the court having considered the Motion, Response, and arguments of counsel, is of the opinion that it should be GRANTED

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Attorney Michael Pruneda should be allowed to appear for Plaintiff pro hac vice

SIGNED the 14TH day of AUGUST, 2001.

_____
PRESIDING JUDGE