16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-095 |
| | § | |
| LOS FRESNOS CONSOLIDATED INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

United States District Court
Southern District of Texas
FILED

AUG 1 6 2001

By Deputy Clerk

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ Angelica Barrera | Los Fresnos ISD | 08/08/01 |
| /s/ James P. Grissom | Miriam Martinez | 08/08/01 |
| /s/ Michael Pruneda | Miriam Martinez | 8/8/01 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

8-13-01
Date

Filemon B. Vela
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**