IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIRIAM MARTINEZ | ♦ | |
| | ♦ | |
| | ♦ | |
| V. | ♦ | Civil Case No. B-01-095 |
| | ♦ | |
| | ♦ | |
| LOS FRESNOS CONSOLIDATED | ♦ | |
| INDEPENDENT SCHOOL DISTRICT | ♦ | |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, MIRIAM MARTINEZ, has served and responded to the following discovery:

(1) Plaintiff's Initial Disclosures; and
(2) Plaintiff's Response to Defendant's Request for Production.

Respectfully submitted,

THE PRUNEDA LAW FIRM, P.L.L.C.

P.O. Box T
Pharr, Texas 78577
Tel: (956) 702-9675
Fax: (956) 702-9659

By: _____
MICHAEL PRUNEDA
State Bar No. 24025601

Co-counsel
James P. Grissom
2408 N. Conway
Mission, Texas 78572
(956) 994-1127
(956) 994-1145 Fax

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record as noted below:

Signed on this the _14th_ day of _September_, 2001

Phillip A. McKinney
Angelica Barrera
HORNBLOWER, MANNING & WARD
711 Carancahua, Suite 1810 (78475)
P.O. Box 2728
Corpus Christi, Texas 78403-2728

Michael Pruneda