

2.0

2.0

United States District Court
Southern District of Texas
FILED

SEP 1 9 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § | |
| | § | |
| VS. | § | C.A. NO. B-01-095 |
| | § | |
| | § | |
| LOS FRESNOS CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |

## DEFENDANT LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S MOTION TO STRIKE THE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE UNITED DISTRICT JUDGE OF SAID COURT:

COMES NOW, Los Fresnos Consolidated Independent School District, (herinafter referred to as Defendant), and files this Motion to Strike the Plaintiff's First Amended Original Complaint, and would respectfully show this court as follows:

### Procedural Background

1.      The Plaintiff filed their Original Complaint on May 11, 2001, in the 404th District Court of Cameron County, Texas, bearing Cause No. 2001-05-002308-G, properly styled *Miriam Martinez vs. Los Fresnos Consolidated Independent School District.*

2.      The Defendant filed its Original Answer on June 4, 2001.

3.      The Defendant filed its Notice of Removal to U.S. District Court on June 7, 2001.

4.      The Defendant filed its Original Federal Court Answer on June 27, 2001.

### Argument

5.      The Plaintiff filed her First Amended Original Complaint on September 14, 2001.

6.      The Court should strike the Plaintiff's First Amended Original Complaint because it was not filed in accordance with Federal Rule of Civil Procedure 15.

7.      Federal Rule of Civil Procedure (15)(a) requires that the Plaintiff file a Motion for Leave to Amend the Plaintiff's Original Complaint, unless the party has obtained written consent from the adverse party. The Plaintiff has not obtained written consent from the undersigned counsel, nor has the Plaintiff filed a Motion for Leave to file an Amended Original Complaint.

<u>Prayer</u>

8.      WHEREFORE, PREMISES CONSIDERED, the Defendant prays that its Motion to Strike the Plaintiff's First Amended Original Complaint be granted in all things. Defendant further prays for such other relief to which it may be justly entitled.

Respectfully submitted,

*Phillip A. McKinney w/ permission*

Phillip A. McKinney

*AE Barrera*

Federal I.D. No. 13867
State Bar No. 13723200
Attorney-in-Charge for Defendant, Los Fresnos
Consolidated Independent School District
P. O. Box 2728
Corpus Christi, TX 78403-2728
(361) 888-8041
FAX (361) 888-8222

OF COUNSEL:
HORNBLOWER, MANNING & WARD
Professional Corporation
Angelica E. Rodriguez Barerra
Federal I.D. No. 27469
State Bar No. 24027279

## CERTIFICATE OF CONSULTATION

Defense counsel has conferred with Plaintiff on the subject matter of this Motion and he is opposed to this Motion.

Angelica E. Rodriguez Barrerra

## CERTIFICATE OF SERVICE

I certify that on September 18, 2001, a complete and correct copy of the foregoing pleading was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA FAX TO: (956) 702-9675**
Mr. Michael Pruneda
The Pruneda Law Firm, PLLC
P.O. Box T
Pharr, TX 78577

Phillip A. McKinney / Angelica E. Rodriguez Barrerra

*Civil Cause No. B-01-095; Defendant's Motion to Strike*
*Plaintiff's First Amended Original Complaint*
*Page 3*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

MIRIAM MARTINEZ                         §
                                        §
VS.                                     §          C.A. NO. B-01-095
                                        §
                                        §
LOS FRESNOS CONSOLIDATED                §
INDEPENDENT SCHOOL DISTRICT             §

## ORDER GRANTING DEFENDANT LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S MOTION TO STRIKE THE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

Having reviewed the Defendant Los Fresnos Consolidated Independent School District's

Motion to Strike the Plaintiff's First Amended Original Complaint, the Court issues the following

ruling:

The Court finds that the Defendant Los Fresnos Consolidated Independent School

District's Motion to Strike the Plaintiff's First Amended Original Complaint should be, and is

hereby GRANTED.

SIGNED AND ENTERED the _____ day of _____, 2001.


_____
UNITED STATES MAGISTRATE JUDGE


*Civil Cause No. B-01-095; Defendant's Motion to Strike*
*Plaintiff's First Amended Original Complaint*
*Page 4*