21

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MIRIAM MARTINEZ | ♦ | |
| | ♦ | |
| | ♦ | |
| V. | ♦ | Civil Case No. B-01-095 |
| | ♦ | |
| | ♦ | |
| LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | ♦ | |

## ORDER

Came to be heard on the 20TH day of SEPTEMBER 2001, Plaintiff's (DOCKET NO. 19) Unopposed Motion for Leave to File Her First Amended Original Complaint. The court having considered the motion, response, and arguments of counsel is of the opinion that said motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff be allowed file her first amended original complaint.

SO ORDERED on this 20TH day of SEPTEMBER 2001.

_____
JUDGE PRESIDING

Michael Pruneda
THE PRUNEDA LAW FIRM, P.L.L.C.
P.O. Box T
Pharr, Texas 78577

Phillip A. Mckinney
Angelica Barrera
HORNBLOWER, MANNING & WARD
711 N. Carancahua, Suite 1810 (78475)
P.O. Box 2728
Corpus Christi, Texas 78403-2728