



United States District Court
Southern District of Texas
FILED

OCT 1 7 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIRIAM MARTINEZ | ♦ |
| | ♦ |
| | ♦ |
| V. | ♦  Civil Case No. B-01-095 |
| | ♦ |
| | ♦ |
| LOS FRESNOS CONSOLIDATED | ♦ |
| INDEPENDENT SCHOOL DISTRICT | ♦ |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, MIRIAM MARTINEZ, has served and responded to the following discovery:

(1) Plaintiff's Answers to Defendant's First Set of Interrogatories and Requests for Admissions.

Respectfully submitted,

THE PRUNEDA LAW FIRM, P.L.L.C.

P.O. Box T
Pharr, Texas 78577
Tel: (956) 702-9675
Fax: (956) 702-9659

By: _____
MICHAEL PRUNEDA
State Bar No. 24025601

ATTORNEY FOR PLAINTIFF

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record as noted below:

Signed on this the 16th day of October, 2001

Phillip A. Mckinney
Angelica Barrera
HORNBLOWER, MANNING & WARD
711 N. Carancahua, Suite 1810 (78475)
P.O. Box 2728
Corpus Christi, Texas 78403-2728

_____
Michael Pruneda

ClibPDF - www.fastio.com