25

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**ENTERED**

**FEB 0 1 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-095 |
| LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |

TYPE OF CASE:  __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING.

**JURY SELECTION WILL BE RESET FROM FEBRUARY 1, 2002 TO MARCH 1, 2002 AT 8:30 A.M. BEFORE JUDGE FILEMON B. VELA**

**TRIAL ON THE MERITS WILL BE RESET FROM FEBRUARY 25, 2002 TO MARCH 4, 2002 AT 9:00 A.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK**

**ALL OTHER SETTINGS WILL REMAIN IN EFFECT**

PLACE:                                                          ROOM NO.

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 1, 2002

TO       MR. JAMES P GRISSOM
         MR. MICHAEL PRUNEDA
         MR. PHILLIP A McKINNEY