**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 4 2002

Michael N. Milby
Clerk of Court

26

| | | |
|---|---|---|
| MIRIAM MARTINEZ | § | |
| VS. | § | C.A. NO. B-01-095 |
| | § | |
| | § | Removed from the 404th District Court |
| LOS FRESNOS CONSOLIDATED | § | of Cameron County, Texas |
| INDEPENDENT SCHOOL DISTRICT | § | |

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURES TO DEFENDANT**

TO:  LOS FRESNOS CONSOLIDATED ISD, Defendant, by and through Defendant's attorney of record, ANGELICA BARRERA

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, MIRIAM MARTINEZ, by and through JAMES P. GRISSOM, Plaintiff's attorney of record, serves the attached supplemental disclosures to Defendant, LOS FRESNOS CONSOLIDATED ISD.

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
Federal ID No. 11417
2408 North Conway
Mission, Texas 78572
Tel. (956)424-1644
Fax. (956)424-1640
Co-counsel for Plaintiff
MIRIAM MARTINEZ

**CERTIFICATE OF SERVICE**

I certify that on February 4, 2002 a true and correct copy of Plaintiff's Supplemental Responses to Disclosures was served by facsimile transmission on Ms. ANGELICA RODRIGUEZ-BARRERA at (361) 879-0303.

_____
JAMES P. GRISSOM

1

# RESPONSES

**1:** State the correct names of the parties to the lawsuit.

**Response:**
The correct names of the parties are identified in Plaintiff's most recently amended complaint

**2:** State the name, address, and telephone number of each potential party.

**Response:**
No potential parties other than those parties identifed in Plaintiff's most recently amended complaint are known to Plaintiff

**3:** State the legal theories and, in general, the factual bases for your claims or defenses.

**Response:**
Plaintiff was terminated from her employment with Defendant for her activities in organizing transportation employees and for expressing her opposition to the policies of her supervisors and ISD administration all in violation of her constitutionally protected right of free speech

**4:** State the amount of economic damages and any method of calculating the damages.

**Response:**
Plaintiff seeks to recover her lost wages and employment benefits for the period in which she has been unemployed as a result of Defendant's wrongful termination. Plaintiff's lost wages are cacluable by the number of weeks of her unemployment multiplied by her hours per week of employment at her hourly wage. The value of her lost benefits may be determined by multiplying any pay increases by the normal hours worked. Lost benefits my be dtermined by calclulating the cost of employment benefits lost.

**5:** State the name, address, and telephone number of persons having knowledge of relevant facts, and state each person's connection with the case.

**Response:**
SEE ATTACHED LIST

**6:** For each individual who may be called by you or your attorney as an expert witness, state:

    1. the expert's name, address, and telephone number;

    2. the subject matter on which the expert will testify;

    3. the mental impressions and opinions held by the expert and the basis for them (or documents reflecting such information if the expert is not retained by, employed by, or otherwise subject to your control);

    4. if the expert is retained by, employed by, or otherwise subject to your control:

      A)     produce all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

      B)     produce the expert's current resume and bibliography.

**Response:**
No expert testimony is anticipated at this time.

**7:**     Produce any indemnity and insuring agreements.

**Response:**
NONE

**8:**     Produce any settlement agreements.

**Response:**
NONE

**9:**     Produce any witness statements.

**Response:**
NONE

3

Miriam Martinez

Eloida Cases

Pauline Torres

Nestora Espinoza

Enrique Valdez

Joe Manuel Lopez

Fidela Hinojosa

Plaintiff also designates any witnesses who may be called by Defendant and those necessary for rebuttal.