31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 1 2 2002

Michael N. Milby
Clerk of Court

MIRIAM MARTINEZ §
§
VS. § C.A. NO. B-01-095
§
§ Removed from the 404th District Court of
§ Cameron County, Texas
§
LOS FRESNOS CONSOLIDATED §
INDEPENDENT SCHOOL DISTRICT §

### PLAINTIFF'S CERTIFICATE OF COMPLIANCE
### DIRECTED TO DEFENDANT LOS FRESNOS CONSOLIDATED ISD

Plaintiff, MIRIAM MARTINEZ, files this Certificate of Compliance directed to the Defendant, LOS FRESNOS CONSOLIDATED ISD, pursuant to the Order of the Court issued on February 8, 2002, and states that the items set forth below were served upon the following party on February 11, 2002:

LOS FRESNOS CONSOLIDATED ISD, Defendant, by and through Defendant's attorney of record, ANGELICA RODRIGUEZ-BARRERA via fax according the Certificate of Service hereinbelow.

Items Served

1. PLAINTIFF'S EXHIBIT LIST
2. PLAINTIFF'S WITNESS LIST
3. PLAINTIFF'S VOIR DIRE QUESTIONS

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
2408 North Conway
Mission, Texas 78572
Tel. (956)424-1644
Fax. (956)424-1640
Attorney for Plaintiff
MIRIAM MARTINEZ

### CERTIFICATE OF SERVICE

I certify that on February 11, 2002 a true and correct copy of Plaintiff's Certificate of Compliance was served by facsimile transmission on ANGELICA RODRIGUEZ-BARRERA at (361) 879-0303.

_____
JAMES P. GRISSOM