32

United States District Court
Southern District of Texas

FEB 12 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARTINEZ §
§
§     C.A. NO. B-01-095
§
§
§     Removed from the 404th District Court
FRESNOS CONSOLIDATED §     of Cameron County, Texas
INDEPENDENT SCHOOL DISTRICT §

## PLAINTIFF'S VOIR DIRE QUESTIONS

NOW COMES Plaintiff, Miriam Martinez, and submits this list of Voir Dire Questions of the Joint Pretrial Order in this matter:

Does anyone here own a business?

Does anyone here believe that the rules of LFCISD should be applied fairly to all employees?

Should preferences be given to those employees who do not voice their opposition to public matters?

Does anybody have a problem with the Plaintiff seeking compensation from a school district?

Would anybody find it difficult to find in favor of the Plaintiff because she is suing a school district?

Is anybody unable to consider all of the evidence due to other incidents or bus accidents that they have particular knowledge of in the recent past.

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
Federal ID No. 11417
2408 North Conway
Mission, Texas 78572
Tel. (956)424-1644
Fax. (956)424-1640
Co-counsel for Plaintiff
MIRIAM MARTINEZ

## CERTIFICATE OF SERVICE

certify that on February 11, 2002 a true and correct copy of Plaintiff's list of voir dire
is was served by facsimile transmission on Ms. ANGELICA RODRIGUEZ-
RA at (361) 879-0303.

_____
JAMES P. GRISSOM