



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MIRIAM MARTINEZ** | § | |
| | § | |
| VS. | § | C.A. NO. B-01-095 |
| | § | |
| | § | Removed from the 404th District |
| | § | Court of Cameron County, Texas |
| **LOS FRESNOS CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |

## PLAINTIFF' WITNESS LIST

NOW COMES Plaintiff, Miriam Martinez, and submits this list of witnesses to be called at trial as part of the Joint Pretrial Order in this matter:

MIRIAM MARTINEZ
P.O. BOX 1213
LOS FRSNOS, TX 78566
PLAINTIFF

FIDELA HINOJOSA
LOS FRESNOS CISD
P.O. BOX 309
LOS FRESNOS, TX 78566
233-4407
employee of LFCISD issued memorandum of termination and participated in grievance process

ELISEO RUIZ, JR. PH.D.
SAME AS ABOVE
Superintendent LFCISD in charge of District Administration

GUADALUPE GONZALEZ
SAME AS ABOVE
Transportation Director at LFCISD

ROSALINDA RIOS
SAME AS ABOVE
Bus Driver alleged to witness incident on 5/1/99

REMIGION GARZA
SAME AS ABOVE
Transportation Supervisor investigated incident of 5/1/99

SAUL BAZALDUA
SAME AS ABOVE
LFCISD Band Director who witnessed incident on 5/1/99

C.H. VOCHATZER
SAME AS ABOVE
Former Supervisor

ENRIQUE T. VALDEZ
RT 9 BOX 423A
FM 510
SAN BENITO, TX 78586
Former Bus Driver also involved in accident

NESTORA P. ESPINOSA
224 MILITARY ST.
BROWNSVILLE, TX 78520
Former Bus Driver

RECORDS CUSTODIAN
LFCISD
LOS FRESNOS, TX 78566

ELIZABETH NEALLY
ROERIG, OLIVERA & FISHER, L.L.P.
855 WEST PRICE RD.
BROWNSVILLE, TX 78520
542-5666
Attorney for LFCISD re: mitigation of damages

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
Federal ID No. 11417
2408 North Conway
Mission, Texas 78572
Tel. (956)424-1644
Fax. (956)424-1640
Co-counsel for Plaintiff
MIRIAM MARTINEZ

## CERTIFICATE OF SERVICE

I certify that on February 11, 2002 a true and correct copy of Plaintiff's Witness List was served by facsimile transmission on Ms. ANGELICA RODRIGUEZ-BARRERA at (361) 879-0303.

_____
JAMES P. GRISSOM

```
                    TRANSACTION REPORT

                                            FEB-11-02 11:52 AM
          FOR: MICHAEL PRUNEDA ATTORNEY 9567029659

    SEND

   DATE    START       RECEIVER              PAGES      TIME     NOTE

   FEB-11  11:48 AM  13618790303               6        3'18"    OK
```

```
                    TRANSACTION REPORT
                                         FEB-11-02 11:54 AM
        FOR: MICHAEL PRUNEDA ATTORNEY 9567029659

    SEND

  DATE     START       RECEIVER           PAGES    TIME     NOTE

  FEB-11  11:53 AM   13618790303            1       46"     OK
```