34

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

U.S. District Court
Southern District of Texas
FILED

FEB 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **MIRIAM MARTINEZ** | § § | |
| VS. | § § § | C.A. NO. B-01-095 |
| | § | Removed from the 404th District Court |
| **LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** | § § | of Cameron County, Texas |

## PLAINTIFF'S EXHIBIT LIST

NOW COMES Plaintiff, Miriam Martinez, and submits this list of exhibits to be used at trial as part of the Joint Pretrial Order in this matter:

1. BUSINESS RECORDS
   LOS FRESNOS CISD
   LOS FRESNOS, TX 78566
   BATES #000001-000165, 000283-000665

Respectfully submitted,

By: _/s/ James P. Grissom_
JAMES P. GRISSOM
Texas Bar No. 08511900
Federal ID No. 11417
2408 North Conway
Mission, Texas 78572
Tel. (956)424-1644
Fax. (956)424-1640
Co-counsel for Plaintiff
MIRIAM MARTINEZ

## CERTIFICATE OF SERVICE

I certify that on February 11, 2002 a true and correct copy of Plaintiff's Exhibit List was served by facsimile transmission on Ms. ANGELICA RODRIGUEZ-BARRERA at (361) 879-0303.

_/s/ James P. Grissom_
JAMES P. GRISSOM