36

United States District Court
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-01-095           DATE & TIME:   02-08-02 AT 1:30 P.M.

MIRIAM MARTINEZ                     PLAINTIFF(S)   MICHAEL PRUNEDA
                                    COUNSEL        JAMES PATRICK GRISSOM

VS.

LOS FRESNOS CONSOLIDAED             DEFENDANT(S)   PHILLIP MCKINNEY
INDEPENDENT SCHOOL DISTRICT         COUNSEL

---

Attorneys Michael Pruneda, James Grissom and Angelica Barrera appeared in the judge's chambers.

The following rulings were made:

1. Plaintiff's response to Motion for Summary Judgement must be filed by February 12, 2002.

2. Plaintiff's response to Motion to Strike Disclosures must be filed by February 12, 2002.

3. Plaintiff's part of pretrial order must be furnished by 12:00 a.m. on February 11, 2002.