*37*

THE HONORABLE JOHN WM. BLACK

TELEPHONIC CONFERENCE

United States District Court
Southern District of Texas
FILED

FEB 1 2 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. __B-01-095__          DATE & TIME: __02-12-02 AT 2:00 P.M.__

MIRIAM MARTINEZ                         PLAINTIFF(S) __MICHAEL PRUNEDA__
                                        COUNSEL __JAMES PATRICK GRISSOM__

VS.

LOS FRESNOS CONSOLIDATED                DEFENDANT(S) __PHILLIP MCKINNEY__
INDEPENDENT SCHOOL DISTRICT             COUNSEL __ANGELICA BARRERA__

      Attorneys Michael Pruneda, James Patrick Grissom, and Angelica Barrera were present for the telephonic conference.

      Defendant's attorney pointed out that defendant had filed a motion to strike plaintiff's supplemental disclosures because discovery deadline had past. Defendant's counsel requested that the issues be clarified before trial and that plaintiff's exhibits be narrowed.

      Plaintiff's counsel requested that all of plaintiff's personnel/employment records with LFCISD (approximately 500 pages) be disclosed.

      Defendant's counsel objected to a second extension to allow plaintiff's counsel to review personnel records in order to obtain those documents that directly relate to plaintiff's termination in May 1999 and her union activities and vocal complaints.

      The judge stated that the joint pre-trial order filed February 8th will govern this case.