39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

FEB 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MIRIAM MARTINEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-01-095 |
| LOS FRESNOS CONSOLIDATED | § | |
| INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

Pending before the Court are Defendant Los Fresnos Consolidated Independent School District's ("LFCISD") Motion for Summary Judgment pursuant to FED. R. CIV. P. 56 (Docket No. 24) and Plaintiff Miriam Martinez's response to the summary judgment motion. After careful consideration of this matter, the Court is of the opinion that LFCISD's motion should be **GRANTED**. This case is **DISMISSED** in its entirety.

Judgment is rendered in favor of LFCISD. All relief not granted herein is **DENIED**.

DONE in Brownsville, Texas, on this 15th day of February, 2002.

                                                                                    John Wm. Black
                                                                     United States Magistrate Judge